1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Joan Washburn, et al,<br><br><br>Defendants | Case No.: CIV.S 07-cv-02571-JAM-KJM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS ROBERT KRISTOFF; RAYMOND KRISTOFF; WILLIAM KRISTOFF AND ORDER**<br><br>Complaint Filed: NOVEMBER 30, 2007<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants, Robert Kristoff; Raymond Kristoff; William Kristoff, by and through their designated counsel, Scott N. Johnson, David P. Mastagni, that Defendants (Robert Kristoff; Raymond Kristoff; William Kristoff) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant. Defendants (Robert Kristoff; Raymond

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Kristoff; William Kristoff) are dismissed because Plaintiff and Defendants have settled their
2 | dispute.

4 | Dated: May 5, 2008           /s/Scott N. Johnson
                                  SCOTT N. JOHNSON
5 |                               Attorney for Plaintiff

7 | Dated: May 15, 2008          /s/James B. Carr
                                  JAMES B. CARR
8 |                               Attorney for Defendants,
                                  Robert Kristoff, Raymond Kristoff,
9 |                               William Kristoff

12 | **IT IS SO ORDERED**.

14 | Dated: May 21, 2008
                                  /s/ John A. Mendez
15 |                              Hon. John A. Mendez
                                  U.S. District Judge

2

STIPULATION FOR DISMISSAL and Proposed ORDER
CIV: S-07-02571-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com