1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SCOTT JOHNSON,

11          Plaintiff,                    No. CIV S-07-2571 JAM KJM

12      vs.

13  JOAN WASHBURN, et al.,

14          Defendants.          FINDINGS AND RECOMMENDATIONS

15  _____/

16          Plaintiff's motion for default judgment was submitted on the papers.  Upon

17  review of the documents in support, no opposition having been filed, and good cause appearing

18  therefor, THE COURT FINDS AS FOLLOWS:

19          The complaint in this matter was served upon defendant Washburn and proof of

20  service was filed January 17, 2008.  Cf. Pacific Atlantic Trading Co. v. M/V Main Express, 758

21  F.2d 1325, 1331 (9th Cir. 1985) (noting that default judgment void without personal

22  jurisdiction).  The Clerk of the Court entered defaults against defendant Washburn on March 28,

23  2008.  Plaintiff's present motion for entry of default judgment was served by mail on defendant

24  Washburn at defendant's last known address.

25          Entry of default effects an admission of all well-pleaded allegations of the

26  complaint by the defaulted party.  Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir.

1

1    1977).  Entry of default judgment is proper where, as in the present case, the facts established by

2    the default support the causes of action pled in the complaint.  The complaint and the affidavits

3    filed in support of the motion for entry of default judgment also support the finding that plaintiff

4    is entitled to the relief requested in the prayer for default judgment, which does not differ in kind

5    from the relief requested in the complaint.  Henry v. Sneiders, 490 F.2d 315, 317 & n.2 (9th Cir.

6    1974).  There are no policy considerations to preclude the entry of default judgment of the type

7    requested.  See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to

8    be considered).

9            Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry

10   of default judgment be GRANTED and that judgment be awarded against defendant Washburn

11   in the amount of $24,000.  Further, that injunctive relief be granted against defendant Washburn

12   requiring a van accessible disabled parking space; an accessible men's restroom entrance; grab

13   bars for men's restroom toilet stall; men's restroom toilet stall with compliant width; mirror at a

14   compliant height; paper towel dispenser at a compliant height and compliant clear space for

15   urinal in conformity with the Americans with Disabilities Act Accessibility Guidelines

16   (ADAAG) as set forth in 28 Code of Federal Regulations, Part 36.

17           These findings and recommendations are submitted to the District Judge assigned

18   to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being

19   served with these findings and recommendations, any party may file written objections with the

20   court and serve a copy on all parties.  Such a document should be captioned "Objections to

21   Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served

22   and filed within ten days after service of the objections.  The parties are advised that failure to

23   file objections within the specified time may waive the right to appeal the District Court's order.

24   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

25   DATED:  June 30, 2008.

26   006/johnson-washburn.def

_____
U.S. MAGISTRATE JUDGE